**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50568 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-01564-BEN |
| v. | |
| KENNETH POON MAH, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
Roger T. Benitez, District Judge, Presiding

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Kenneth Poon Mah appeals from the 60-month sentence imposed following

his guilty-plea conviction for manufacturing marijuana and aiding and abetting, in

violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2. We have jurisdiction under

28 U.S.C. § 1291, and we vacate and remand.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Mah contends that the district court erred in determining that he was ineligible for safety-valve relief under U.S.S.G. § 5C1.2, because it applied a clearly improbable burden of proof. We agree. *See United States v. Ferryman*, 444 F.3d 1183, 1186 (9th Cir. 2006) (the burden is on the defendant to prove by a preponderance of the evidence that he qualifies for safety valve relief).

The case is remanded for the district court to determine whether Mah can prove, by a preponderance of the evidence, that he qualifies for safety-valve relief. *See United States v.* Nelson, 222 F.3d 545, 550-51 (9th Cir. 2000).

**VACATED and REMANDED.**